IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>      Plaintiffs,<br><br>v.<br><br>NOVEN PHARMACEUTICALS, INC.,<br><br>      Defendant. | C.A. No. 13-527-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 8, 2013, a copy of Noven Pharmaceuticals, Inc.'s Initial Disclosures Pursuant to Paragraph Three of the Default Standard for Discovery was served upon the following counsel in the manner indicated below:

**VIA HAND DELIVERY**
Michael P. Kelly
Daniel M. Silver
Brian R. Lemon
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Courtesy copies of the foregoing were sent on July 8, 2013 to the following counsel in the manner indicated below:

**VIA E-MAIL**
Michael P. Kelly
Daniel M. Silver
Brian R. Lemon
McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
blemon@mccarter.com

Nicholas N. Kallas
Filko Prugo
Christopher Loh
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104-3800
nkallas@fchs.com
fprugo@fchs.com
cloh@fchs.com


Dated:  July 8, 2013                              PHILLIPS, GOLDMAN & SPENCE, P.A.

                                                  /s/ Megan C. Haney
                                                  John C. Phillips, Jr. (#110)
                                                  Megan C. Haney (#5016)
                                                  1200 North Broom Street
                                                  Wilmington, DE 19806
                                                  (302) 655-4200
                                                  jcp@pgslaw.com
                                                  mch@pgslaw.com

                                                  *Attorneys for Defendant.*