## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------ X
NOVARTIS PHARMACEUTICALS                         :
CORPORATION, NOVARTIS AG,                        :
NOVARTIS PHARMA AG, NOVARTIS                     :
INTERNATIONAL PHARMACEUTICAL                     :
LTD. and LTS LOHMANN THERAPIE-                   :
SYSTEME AG,                                      :
                                                 :
               Plaintiffs,                       :         C.A. No. 13-cv-52-RGA
                                                 :            (consolidated)
v.                                               :
                                                 :
ALVOGEN PINE BROOK, INC. and                     :
ALVOGEN GROUP, INC.,                             :
                                                 :
               Defendants.                       X
------------------------------------------------ X
NOVARTIS PHARMACEUTICALS                         :
CORPORATION, NOVARTIS AG,                        :
NOVARTIS PHARMA AG, NOVARTIS                     :
INTERNATIONAL PHARMACEUTICAL                     :
LTD. and LTS LOHMANN THERAPIE-                   :
SYSTEME AG,                                      :
                                                 :
               Plaintiffs,                       :         C.A. No. 13-cv-527-RGA
                                                 :
v.                                               :
                                                 :
NOVEN PHARMACEUTICALS, INC.,                     :
                                                 :
               Defendant.                        :
                                                 X
```

## [PROPOSED] ORDER

WHEREAS the Court has considered the arguments set forth in the parties' March 14, 2014 joint claim construction briefs and appendix (13-cv-52-RGA, D.I. 132, 133; 13-cv-527-RGA, D.I. 88, 89), and the oral argument heard at the Markman hearing held on April 3, 2014 in the above-captioned cases;

IT IS HEREBY ORDERED that, for the reasons expressed by the Court at the April 3, 2013 Markman hearing in the above-captioned cases, the Court hereby construes the following claim terms in U.S. Patents Nos. 6,335,031 and 6,316,023 as set forth below:

| Claim Term | Court's Construction |
| --- | --- |
| antioxidant | agent(s) that reduce(s) oxidative degradation (presence only) |
| about 0.01 to about 0.5 percent by weight | about 0.01 to about 0.5 percent by weight |
| diluent or carrier | inactive ingredient(s) of the pharmaceutical composition that aid(s) in the administration of the drug (presence only) |
| a/the composition (in claims 15 and 18, respectively, of the '031 Patent) | a/the composition |
| an amount of antioxidant effective to stabilize Compound A from degradation | an amount of antioxidant that will significantly reduce the degradation of Compound A over a prolonged period of time |
| stabilizing | significantly reducing degradation over a prolonged period of time |

IT IS SO ORDERED, this 2nd day of April, 2014.

_____
United States District Court Judge