## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 13 -00527-RGA and 14-0111-RGA |
| v. | ) ) | (Consolidated) |
| NOVEN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendant. | ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. And LTS LOHMANN THERAPIE-SYSTEME AG, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 13-00052-RGA (Consolidated) |
| ALVOGEN PINEBROOK, INC. and ALVOGEN GROUP, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 2, 2014, copies of: (1) Opening Expert Report of Dr. Agis Kydonieus and (2) Opening Expert Report of Dr. Christian Schöneich were served upon the following counsel in the manner indicated below:

**VIA E-MAIL**
Michael P. Kelly
Daniel M. Silver
Brian R. Lemon
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
blemon@mccarter.com

Nicholas N. Kallas
Christopher Loh
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104-3800
nkallas@fchs.com
cloh@fchs.com

Dated: May 5, 2014

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ *John C. Phillips, Jr.*
John C. Phillips, Jr., Esquire (#110)
Megan C. Haney, Esquire (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendant Noven Pharmaceuticals, Inc.*