# EXHIBIT 13 & EXHIBIT 14 HAVE BEEN REDACTED IN THEIR ENTIRETY