# PHILLIPS, GOLDMAN & SPENCE, P. A.

### ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
www.pgslaw.com

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE*
ROBERT S. GOLDMAN**†**
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
STEPHEN A. SPENCE
AARON C. BAKER

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR
†FLORIDA BAR

May 27, 2015

**VIA ELECTRONIC-FILING**
The Honorable Richard G. Andrews
The United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

     *RE: Novartis Pharmaceuticals Corporation et al. v. Noven Pharmaceuticals, Inc.*
      *C. A. Nos. 13-00527 & 14-111 (RGA)*

Dear Judge Andrews:

     We write on behalf of Defendants in the above-referenced actions in response to Plaintiffs' *ex parte* letter of May 26, 2015. The Federal Circuit's affirmance of the Court's opinions in the *Novartis v. Watson* case, C.A. Nos. 11-1112-RGA and 13-371-RGA, is not controlling authority with respect to the invalidity issues in the present case, as the court affirmed only that Watson failed to prove that the '023 and '031 patents are invalid as obvious based on the evidence presented in that case. D.I. 73 at Exhibit A, *Novartis Pharms. Corp., et al. v. Watson Laboratories, Inc., et al.*, Nos. 2014-1799 and 2014-1800, at 17, 21 (Fed. Cir. May 21, 2015). In the instant case, Noven presented substantial additional evidence not before the Court in the *Watson* case.

                         Respectfully submitted,

                         John C. Phillips, Jr.

JCP/ekw